# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA<br>V.<br>Verton Jackson Jr. | CASE NUMBER: 18-508 MJ<br>CRIMINAL COMPLAINT |
|---|---|

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about November 19, 2018, in the District of Arizona, defendant VERTON JACKSON JR. did unlawfully obstruct, delay, and affect commerce (defined in 18 U.S.C. § 1951(b)) and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951(b), in that the defendant did unlawfully take and obtain personal property from the presence of the possessor of the property of Bashas, located at 10325 E Riggs Road, Sun Lakes Arizona 85248, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person and the property in the custody of the possessor.

In violation of Title 18, United States Code, Section 1951(a).

### COUNT 2

On or about November 19, 2018, in the District of Arizona, defendant VERTON JACKSON JR. did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Hobbs Act Robbery as alleged in Count 1, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c).

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Reviewed by: William Voit, AUSA

Andrew Smith, FBI Special Agent
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence

November 30, 2018     at     Phoenix, Arizona
Date                                                     City and State

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT OF PROBABLE CAUSE

I, Andrew Smith, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a complaint and arrest warrant for Verton Jackson Jr.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) in Phoenix, Arizona. I have been appointed a Special Agent with the FBI since January of 2006. In that time, I have authored and served multiple search warrants related to Indian Country, international terrorism, bank robbery, violations of the Hobbs Act (commercial robbery), and other violent crimes.

3. As shown below, there is probable cause to believe that Verton Jackson Jr. committed at least one commercial business robbery, in violation of Title 18 U.S.C. § 1951, a violation of the Hobbs Act, and the use of a firearm during a crime of violence, in violation of Title 18 U.S.C. § 924(c).

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. On November 19, 2018, at approximately 9:09pm two adult Native American Males entered the Bashas' Grocery store located at 10325 E Riggs Road, Sun Lakes Arizona 85248 through the northeast entry/exit. Both males traveled through the store, loading groceries and alcohol into a shopping cart. Through subsequent investigative steps, one of these males was identified as Verton Jackson Jr. (hereafter referred to as Jackson). Jackson, a prohibited possessor of a firearm, was observed standing by the check-out registers as he displayed a black .45 caliber semi-automatic pistol and fired two rounds upward toward the ceiling as his partner, yet to be identified, circles around the check-out lines with a shopping cart full of groceries and alcohol, none of which were paid for. Jackson follows the other suspect out of the store while still holding the pistol in his right hand. Outside of the store both enter into a silver four door sedan parked in a space near entry/exit. Some of the stolen items were loaded into the silver sedan. As the suspects fled the scene, three more rounds were fired from within the vehicle at the outside of the store through the northeast entry/exit of the store, with rounds striking fixtures within the store. The Bashas' Grocery store was occupied by customers and employees as Jackson fired into the store. Fortunately no one was struck by gunfire. The silver sedan then speeds away from the scene.

6. More specifically, video surveillance from inside the store shows the unidentified suspect pushing the grocery cart as Jackson, who is not wearing gloves on his hands, places food, alcohol, and other groceries into the shopping cart. Based on my

training and experience, I know such items are likely to have previously been shipped in interstate commerce. During the approximately 15 minutes the suspects were walking through the Bashas', the cart was filled to full capacity. After Jackson fire two rounds into the ceiling of the Bashas', the unidentified suspect pushed the cart outside the store in order to load the stolen merchandise into a vehicle later identified as a 2012 silver in color Chevrolet Malibu bearing Arizona license tag CAE2254.

7. The shopping cart, pushed out of the Grocery Store by the suspect(s), was located a few feet from the northeast entry/exit. Approximately a third of the items from the cart, mostly alcoholic beverages, were placed into the suspect vehicle that was parked near the entry/exit. The suspects left the cart and remaining items at the scene as they departed the area. A Maricopa County Sheriff's Office Crime Scene Technician analyzed items in the shopping cart left behind by the suspects for latent prints. Two packaged items of Oreo cookies displayed strong latent prints. These packages were subsequently analyzed by Carole Voss, Maricopa County Sheriff's Office Crime Lab Analyst, with fingerprints being identified as belonging to Verton Jackson Jr.

8. Once the positive identification through latent prints was made for Jackson, Detective Gary Kaplan of the Maricopa County Sheriff's Office obtained a driver license photograph of Jackson in order to visually compare the driver license photograph with the surveillance footage from within the Bashas' Grocery store. Based on Detective Kaplan's training and experience, along with the consult of other detectives, it is believed that the

suspect carrying and firing the weapon inside the store was Jackson. Further, Detective Kaplan, through law enforcement database research, obtained a more recent booking photograph of Jackson from a Chandler Police Department arrest. This more recent photograph also appeared to match the suspect carrying and firing the weapon inside the Bashas'.

9. After identifying Jackson through fingerprints at the scene of the robbery, Detective Kaplan conducted logical database checks for any vehicle registrations in the State of Arizona belonging to Jackson. It was revealed that Jackson has a 2012 silver in color Chevrolet Malibu bearing Arizona license plate CAE2254 registered in his name. Further, on September 25, 2018 Jackson was contacted and arrested by Chandler Police Department in a four door 2012 silver Chevrolet Malibu displaying Arizona license plate CAE2254, which is registered to Jackson. A witness interviewed at the Bashas' scene identified the suspects leaving in a silver sedan.

10. Video surveillance captured from a camera affixed to a building across the street and north of the Bashas' captures the suspect vehicle as being a four door silver sedan. Two males dressed in black exit the Bashas' at 9:25pm, enter into a Silver four door sedan parked near the exit/entry, drive west in the parking lot then make a U-turn and drive east in the parking lot. Brake lights on the vehicle come on and the vehicle slows as it passes across the northeast entry/exit of the store, then speeds off towards a parking lot exit leading onto S Alma School Road and out of view of the camera.

11.	Jackson's Arizona issued driver license revealed his listed address as 1494 N. Ruins Road, Bapchule, Arizona 85121. Jackson's registered vehicle, 2012 silver Chevrolet Malibu displaying Arizona license plate CAE2254 has a listed co-registrant identified as Susan Jackson with a listed Post Office Box 104, Laveen, Arizona 85339. On November 23, 2018 Detective Kaplan conducted physical surveillance of 1494 N. Ruins Road, Bapchule, Arizona 8512. Detective Kaplan observed a silver in color 2012 Chevrolet Malibu, with the rear license plate removed, parked in the driveway, under the carport at Jackson's listed address on his driver license.

12.	Photographic line-ups with Jackson as one of the six adult males in the line-up were presented to two Bashas' store employees. One witness observed the line-up and could not recall what the suspects looked like. The second witness, who had a better view of the suspects, looked at the line-ups but could not make a positive identification.

13.	Also obtained and secured at the crime scene within the Bashas' store were two .45 caliber shell casings within close proximity to where Jackson fired the weapon aimed toward the ceiling. At least one partial projectile was recovered from the area where the subsequent firing impacted in the store. These items of evidence are pending further evaluation at the crime laboratory.

14.	A law enforcement database check of Verton Jackson Jr revealed multiple arrests and at least one conviction. In June of 2011 Jackson was arrested by the Gila River Police Department for homicide and assault related to driving under the influence wherein

another individual was struck and killed. Jackson was convicted and sentenced to 27 months in the Federal Bureau of Prisons. Jackson was released from custody in April of 2014 and was to complete an additional 36 months of supervised release.

15. There is reason to believe that Jackson fired a .45 caliber weapon into the ceiling to further the robbery being conducted by Jackson and his partner and that items of evidence were then loaded into Jackson's Chevrolet Malibu which was subsequently used to fire additional rounds at the store as the suspects fled the scene. No additional shell casings were located outside of the store making is possible that shell cases were extracted from the weapon and laid to rest in the vehicle.

16. On November 23, 2018 Detective Kaplan observed what appeared to be Jackson's Malibu pulled into the car port of his listed residence. The rear license plate was removed from the vehicle.

//
//
//
//
//
//
//
//

17. Based on the foregoing, I believe there is probable cause to arrest Verton Jackson Jr. for commercial business robbery, in violation of Title 18 U.S.C. § 1951, a violation of the Hobbs Act, and use of a firearm during a crime of violence, in violation of Title 18 U.S.C. § 924(c).

18. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and belief.

_____
Special Agent Andrew Smith
Federal Bureau of Investigation

Subscribed and sworn to and before me this ___30___ day of ___November___, 2018.

_____
HONORABLE MICHELLE H. BURNS
United States Magistrate Judge

7